(137 So. 923)

Lorenza MURCHERSON v. STATE.

5 Div. 856.

Court of Appeals of Alabama.
Nov. 24, 1931.

RICE, J.
Appeal dismissed.

(137 So. 923)

Henry MURPHY v. STATE.

2 Div. 487.

Court of Appeals of Alabama.
Nov. 3, 1931.

RICE, J.
Appeal dismissed.

(131 So. 924)

George MUSTIN v. STATE.

6 Div. 952.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Affirmed.

(138 So. 924)

Will MUZICK v. STATE.

6 Div. 46.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Appeal dismissed.

(130 So. 925)

Ervin MYLES v. STATE.

1 Div. 925.

Court of Appeals of Alabama.
Nov. 18, 1930.

SAMFORD, J.
Affirmed.

(132 So. 921)

Wheeler MYRICK and George Moore
v. STATE.

8 Div. 245, 248.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Affirmed.

(133 So. 925)

Orbe NELSON v. STATE.

4 Div. 753.

Court of Appeals of Alabama.
April 14, 1931.

BRICKEN, P. J.
Appeal dismissed.

(134 So. 923)

Tom NEWELL v. STATE.

6 Div. 72.

Court of Appeals of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.